UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr12 ADM/DJF

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 371 |
| v. | 18 U.S.C. § 1341 |
| 1. LATASHA THOMAS, | 18 U.S.C. § 981(a)(1)(C) |
| 2. AMBROSIA JERICE DENISE THOMAS, | 28 U.S.C. § 2461(c) |
| 3. CYNTHIA THOMAS, a/k/a Sofia Gold, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

1. At times relevant to this Indictment:

   a. The Supplemental Nutrition Assistance Program (SNAP) was a benefits program administered by the Minnesota Department of Children, Youth, and Families (DCYF). The Program is designed to help Minnesotans with low incomes afford food. Minnesotans can apply to receive SNAP benefits online, through a state-run website. Eligible applicants are then mailed an Electronic Benefit Transfer (EBT) card that looks and works like a debit card. Through SNAP, program funds are loaded into each EBT card's account each month so the cardholder can buy groceries. The monthly amount loaded on each card depends on factors including the applicant's household income, expenses, and size.

   b. Defendant LATASHA THOMAS was an individual residing in New Hope, Minnesota.



      c.      Defendant AMBROSIA THOMAS was an individual residing in New Hope, Minnesota and was LATASHA THOMAS's daughter.

      d.      Defendant CYNTHIA THOMAS was an individual residing in Roseville, Minnesota and was LATASHA THOMAS's relative.

      e.      Individual A was an individual residing in the state of Minnesota.

      f.      Individual B was an individual residing in the state of Minnesota.

### Count 1
(Mail Fraud Conspiracy)

2.      From in or about June 2022 through or about August 2024, in the State and District of Minnesota, and elsewhere, the defendants,

**LATASHA THOMAS,
AMBROSIA JERICE DENISE THOMAS,** and
**CYNTHIA THOMAS,**

conspired with each other and with others known and unknown to the grand jury to commit mail fraud, that is, to devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and to cause to be delivered by mail or by any private or commercial interstate carrier any matter or thing, in violation of Title 18, United States Code, 1341.

### Purpose and Object of the Conspiracy

3.      The purpose and object of the conspiracy was for individuals participating in the fraudulent scheme to obtain SNAP benefits, for which they were ineligible, for their own use and/or to sell those benefits to others.

## Manner and Means of the Conspiracy

4.  The conspirators used the following manner and means, among others, to accomplish the purpose and object of the conspiracy:

   a.  The conspirators created bogus Minnesota temporary drivers' licenses using fake names—including names like "Katrina Fart" and "Peanut White"—then included those bogus licenses in EBT applications submitted online.

   b.  The headshot photograph in most of those licenses is of LATASHA THOMAS. The headshot in at least one of those licenses, which bears the fake name "Sofia Gold," is of CYNTHIA THOMAS.

   c.  The conspirators also created fake medical paperwork stating that the EBT applicants they had invented were women experiencing high-risk pregnancies who had been confined to bed rest. The conspirators did so to maximize the amount of benefits each fraudulent application could receive.

   d.  In many of those applications, the conspirators asked that the EBT card be mailed to an apartment in Roseville, Minnesota. CYNTHIA THOMAS resided at that apartment under the fake name "Sofia Gold."

   e.  Once the conspirators received their cards, they set about using them. The conspirators repeatedly used the cards at ATMs to withdraw SNAP funds for their personal use.

   f.  In addition, the conspirators repeatedly rented out the use of their EBT cards to others. In each such transaction, the conspirators agreed to loan one or

3

more cards to a customer and they agreed the customer could withdraw or use a specific amount of each card's balance. The customer did so and then returned the physical card to the conspirators. For this privilege, the conspirators charged each customer a premium or rental fee—usually about 50-60% of the amount the customer was authorized to use.

      g.    Over the course of the scheme, the conspirators fraudulently obtained approximately $325,000 in EBT funds for use by the conspirators.

### Overt Acts in Furtherance of the Conspiracy

5.    The conspirators undertook the following overt acts, among others, to further the purpose and object of the conspiracy:

      a.    On or about March 28, 2024, LATASHA THOMAS submitted online a fraudulent EBT application from her residence in New Hope, Minnesota.

      b.    On or about March 29, 2024, LATASHA THOMAS submitted online a fraudulent EBT application from her residence in New Hope, Minnesota.

      c.    On or about April 28, 2024, AMBROSIA THOMAS submitted online two fraudulent EBT applications from her residence in New Hope, Minnesota.

      d.    On or about September 5, 2023, CYNTHIA THOMAS submitted a lease application for an apartment in Roseville, Minnesota using a phony temporary driver's license bearing her picture and the name "Sofia Gold."

      e.    Between or about February 2023 to June 2024, CYNTHIA THOMAS received fraudulently-obtained EBT cards at the Roseville apartment where she resided under the fake name "Sofia Gold."

4

f.  On or about May 7, 2024, LATASHA THOMAS made two ATM withdrawals using two different fraudulently-obtained EBT cards, one under the fake name "Rochelle Port" and one under the fake name "Sanda Hammer."

g.  Between or about January 30, 2024, and May 5, 2024, AMBROSIA THOMAS made an ATM withdrawal using a fraudulently-obtained EBT card.

h.  Between or about January 30, 2024, and May 5, 2024, CYNTHIA THOMAS made an ATM withdrawal using a fraudulently-obtained EBT card.

i.  On or about August 4, 2024, LATASHA THOMAS and AMBROSIA THOMAS exchanged text messages with one another concerning their submission of fraudulent EBT applications, including under the fake name "Belinda Ford."

j.  Between or about September 2023 and June 2024, on four different occasions, LATASHA THOMAS and/or AMBROSIA THOMAS accepted rental fees from Individual A for Individual A's use of one or more ill-begotten EBT cards.

k.  Between or about December 2023 through at least May 2024, on multiple occasions, LATASHA THOMAS and/or AMBROSIA THOMAS accepted rental fees from Individual B for Individual B's use of one or more ill-begotten EBT cards.

All in violation of Title 18, United States Code, Section 371.

## Counts 2-5
### (Mail Fraud)

6. Paragraphs 1 through 5 are incorporated herein.

7. From in or about June 2022 through about August 2024, in the State and District of Minnesota, and elsewhere, the defendants, as set forth below, and others known and unknown to the grand jury, did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts.

8. On or about the dates listed below, in the State and District of Minesota and elsewhere, the defendants,

**LATASHA THOMAS and
AMBROSIA JERICE DENISE THOMAS,**

as set forth below, for the purpose of executing the scheme described above, knowingly caused to be delivered by mail or any private or commercial interstate carrier any matter or thing, including the following:

| Count | Date (on or about) | Mailing Details |
|---|---|---|
| 2 | March 2024 | An EBT card mailed to the Roseville apartment described above in response to an online application caused to be submitted by LATASHA THOMAS and AMBROSIA THOMAS. |
| 3 | March 2024 | An EBT card mailed to the Roseville apartment described above in response to an online application submitted by LATASHA THOMAS and AMBROSIA THOMAS. |
| 4 | April 2024 | An EBT card mailed to the Roseville apartment described above in response to an online application submitted by by LATASHA THOMAS and AMBROSIA THOMAS. |

6

| 5 | April 2024 | An EBT card mailed to the Roseville apartment described above in response to an online application submitted by by LATASHA THOMAS and AMBROSIA THOMAS. |

All in violation of Title 18, United States Code Section 1341.

## FORFEITURE ALLEGATIONS

9. Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

10. Upon conviction of any of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant(s) convicted shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violations.

11. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY              FOREPERSON